UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHARON PIZZARO, individually and on behalf all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAZERAC COMPANY, INC.,<br><br>Defendant. | Case No. 7:23-cv-02751-KMK |
| CINDY KOONCE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAZERAC COMPANY, INC.,<br><br>Defendant. | Case No. 7:23-cv-04323-UA |

## MOTION FOR CONSOLIDATION

Plaintiffs Sharon Pizzaro, and Cindy Koonce ("Plaintiffs"), through their undersigned attorneys, hereby respectfully move this Court for entry of an Order consolidating the above-captioned related actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure and granting such other relief as the Court may deem appropriate. In support of this motion, Movants rely on the accompanying memorandum of law.

Dated: June 7, 2023                                  Respectfully submitted,

                                                     By: */s/ Charles D. Moore*
                                                     Charles D. Moore

1

**REESE LLP**
121 N. Washington Ave., 4th Floor
Minneapolis, MN 55401
T: (212) 643-0500
cmoore@reesellp.com

**REESE LLP**
Michael R. Reese
100 West 93rd Street, 16th Floor
New York, NY 10025
T: (212) 643-0500
mreese@reesellp.com

**LAUKAITIS LAW LLC**
Kevin Laukaitis*
954 Avenida Ponce De Leon
Suite 205, #10158
San Juan, PR 00907
T: (215) 789-4462
klaukaitis@laukaitislaw.com

*Counsel for Plaintiff Cindy Koonce*

**SHEEHAN & ASSOCIATES, P.C.**
Spencer Sheehan
60 Cuttermill Rd Ste 412
Great Neck, NY 11021
(516) 268-7080
spencer@spencersheehan.com

*Counsel for Plaintiff Sharon Pizzaro*

**Pro Hac Vice* Application Forthcoming

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 7, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

                                               /s/ *Charles D. Moore*
                                               Charles D. Moore