UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CINDY KOONCE<br>*individually and on behalf of all others similarly situated*,<br><br>                              Plaintiff,<br><br>        v.<br><br>SAZERAC COMPANY, INC.,<br><br>                              Defendant. | No. 23-CV-4323 (KMK)<br><br>ORDER |

KENNETH M. KARAS, United States District Judge:

      At the Conference held before the Court on September 18, 2023, the Court adopted the following briefing schedule:

      Defendant shall file their Motion To Dismiss by no later than October 4, 2023. Plaintiff shall file a response by no later than November 6, 2023. Defendant shall file a reply by no later than November 16, 2023.

SO ORDERED.

Dated:   September 19, 2023
           White Plains, New York

                                                                  KENNETH M. KARAS
                                                               United States District Judge