**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CINDY KOONCE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAZERAC COMPANY, INC.<br><br>Defendant. | Case No. 7:23-cv-04323-KMK<br><br>Hon. Kenneth M. Karas |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Cindy Koonce respectfully submits this Notice to alert the Court to the Opinion and Order issued on May 6, 2026, of the United States District Court for the Southern District of New York in *Newman v. Bayer Corp.*, No. 22 CV 7087 (VB), 2026 WL 1243391, at *1 (S.D.N.Y. May 6, 2026). *See* Exhibit A.

Plaintiff respectfully submits this authority for the Court's consideration in connection with Defendant's Motion for Summary Judgment currently before this court. *See* ECF No. 93.

Dated: July 16, 2026

Respectfully submitted,

**BURSOR & FISHER, A.**
*/s/ Neal J. Deckant*
1990 North California Blvd., 9th Floor
Walnut Creek, California 94596
Tel: (925) 300-4455
ndeckant@bursor.com

*Attorney for Plaintiff and Putative Class Members*